**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-4732**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MICHAEL RAFAEL BERKLEY,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:22-cr-00101-MHL-1)

_____

Submitted:  February 10, 2023            Decided:  February 28, 2023

_____

Before NIEMEYER and WYNN, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Rafael Berkley, Appellant Pro Se.  Thomas Arthur Garnett, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Rafael Berkley appeals the district court's order affirming the magistrate judge's order directing that Berkley be detained pending resolution of the criminal charges against him.[*]  We have reviewed the record and find no reversible error.  *See United States v. Clark*, 865 F.2d 1433, 1437 (4th Cir. 1989) (citing standard of review). Accordingly, we affirm.  *United States v. Berkley*, No. 3:22-cr-00101-MHL-1 (E.D. Va. Dec. 9, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We have jurisdiction to review the district court's order pursuant to 28 U.S.C. § 1291.  *See* 18 U.S.C. § 3145(c).